# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Ileka L Leaks, *Plaintiffs* | ) ) ) ) ) ) ) | |
| v. | | Civil Action No. 7:17-cv-00935-DCC |
| Limestone College; Walt Griffin, President (In His Official Capacity), *Defendants,* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the defendants' motion to dismiss is granted and this case is dismissed.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   January 30, 2018                                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/Ashley Buckingham
                                                                                    *Signature of Clerk or Deputy Clerk*